IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal No. 08-318 |
| ) | Electronically Filed |
| ANDREW PEARSON a/k/a ) | |
| COOKIE a/ka/ ) | |
| GARNETT LEWIS OWENS ) | |
| a/k/a ) | |
| LOUIS OWENS ) | |

Order of Court

And now, this 5th day of February, 2010, pursuant to Fed. R. Crim. P. 36, the Court hereby notifies defendant of his right to appeal.

(1)  Except as previously waived defendant has the right to appeal from the orders of the court, the judgment of guilty and/or from the sentence imposed.

(2) In the absence of a waiver of appellate rights, defendant would have the right to have a lawyer represent him on appeal.  If defendant could not afford a lawyer, one would be appointed for him.

(3) If defendant could not afford them, certified copies of the necessary records and transcripts would be furnished at the expense of the United States government.

(4) If defendant does appeal, the notice of appeal must be filed by February 22, 2010. Otherwise, defendant will lose his right to appeal.

(5) If defendant requests, the clerk of court will immediately prepare and file a notice of appeal on his behalf. If defendant wants the Clerk of Court to prepare and file a notice of appeal for defendant, please inform the Court on or before February 22, 2010.

        SO ORDERED this 5th day of February, 2010.
        s/Arthur J. Schwab
        Arthur J. Schwab
        United States District Judge

cc:    All counsel of record

       Defendant Andrew Pearson (Service by U.S. Marshal Service)