IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA,

              Plaintiff,

      v.

ANDREW PEARSON also known as COOKIE
also known as GARNETT LEWIS OWENS also
known as LOUIS OWENS

              Defendant.

Criminal No. 08-0318
Civil No. 14-983
**ELECTRONICALLY FILED**


## <u>Order of Court</u>

And now, this 18th day of August, 2014, for the reasons set forth in the accompanying

Memorandum Opinion, Petitioner's Motion to Vacate (doc. no. 254) is DENIED.  A certificate

of appealability will not be issued and is therefore DENIED.  The Clerk shall mark the docket

closed.

              **SO ORDERED** this 18th day of August, 2014.

              <u>s/Arthur J. Schwab</u>
              Arthur J. Schwab
              United States District Judge


  cc:  All Registered ECF Counsel and Parties

ANDREW PEARSON
09830-002
FCI Forrest City
PO Box 9000-LOW
Forrest City, AR 72336
PRO SE